# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGELINO TIGREROS** *Plaintiff/Debtor/Appellee,* v. **ORIGEN CAPITAL INVESTMENTS III, LLC** *Defendant/Appellant.* | Case No. 2:23-cv-01899-JDW |

## ORDER

AND NOW, this 4th day of December, 2023, upon consideration of Appellant Origen Capital Investments III, LLC's Appeal (ECF No. 1), for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows.

1. The Bankruptcy Court's Order (Case No. 21-00015-MDC, ECF No. 49) is **VACATED**;

2. This case is **REMANDED** to the U.S. Bankruptcy Court for the Eastern District of Pennsylvania for further proceedings consistent with my opinion; and

3. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge